UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTHONY WAYNE JOHNSON, JR., ) | NO. EDCV 09-1876-GW(CT) | |
| ) | | |
| Petitioner, ) | | |
| ) | | |
| v. ) | JUDGMENT | |
| ) | | |
| A. HEDGPETH, Warden, SAN ) | | |
| BERNARDINO COUNTY SUPERIOR ) | | |
| COURT, THE PEOPLE OF THE ) | | |
| STATE OF CALIFORNIA, ) | | |
| ) | | |
| Respondents. ) | | |
| ) | | |
| _____ ) | | |

IT IS HEREBY ADJUDGED that the petition for writ of prohibition is dismissed.


DATED: November 10, 2009

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE